IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02538-EWN-BNB

ALFRED THOMAS NEVILLE,

Plaintiff,

v.

ENCOMPASS INSURANCE COMPANY OF AMERICA,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following motions:

(1)     Plaintiff's **Motion to Compel Disclosure of Complete Insurance Claims File and for Finding of Waiver of Privilege** [Doc. # 12, filed 2/13/06] (the "Motion to Compel"); and

(2)     Plaintiff's **Amended Motion to Compel Disclosure of Complete Insurance Claims File and for Finding of Waiver of Privilege In Light of Privilege Log Filed By Defendant** [Doc. # 18, filed 2/21/06] (the "Amended Motion to Compel").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is DENIED as moot.

IT IS FURTHER ORDERED that the Amended Motion to Compel is GRANTED as follows:

(a) On or before **March 17, 2006**, counsel for the defendant shall prepare and submit to counsel for the plaintiff a proposed Protective Order consistent with the requirements of Gillard v. Boulder Valley School Dist. RE-2, 196 F.R.D. 382 (D. Colo. 2000); and

(b) Within three business days after the entry of a Protective Order, the defendant shall produce to the plaintiff the documents withheld on a claim of confidentiality.

IT IS FURTHER ORDERED that the Amended Motion to Compel is DENIED in all other respects.

Dated March 13, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge