IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: **05-CV-02538-EWN-BNB**

ALFRED THOMAS NEVILLE,

    Plaintiff(s),

v.

ENCOMPASS INSURANCE COMPANY OF AMERICA,

    Defendant(s).

## STIPULATED PROTECTIVE ORDER

Pursuant to the Stipulated Motion for Protective Order filed by the parties, Defendant Encompass Insurance Company of America ("Encompass"), and Plaintiff Alfred Thomas Neville ("Neville"), through their respective counsel, and upon a showing of good cause in support of the entry of a protective order to protect the discovery and dissemination of confidential information or information which will improperly annoy, embarrass, or oppress any party, witness, or person providing discovery in this case, IT IS HEREBY ORDERED that the parties' Stipulated Motion for Protective Order ("Protective Order"),  is made an Order of this Court.

Dated March 17, 2006.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge