IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02538–EWN–BNB

ALFRED THOMAS NEVILLE,

    Plaintiff,

v.

ENCOMPASS INSURANCE COMPANY
OF AMERICA,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the court on the "Stipulated Motion for Dismissal with Prejudice" filed April 18, 2006. The court having read the Stipulated Motion filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 18th day of April, 2006.

                                          BY THE COURT:

                                          s/ Edward W. Nottingham
                                          EDWARD W. NOTTINGHAM
                                          United States District Judge